# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Fred Carswell, III )<br>*Petitioner* )<br>v. )<br>G. Ramirez, Warden FCI Williamsburg )<br>*Respondent* ) | Civil Action No.  4:17-cv-1231-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed with prejudice and without requiring Respondent to file a return.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  May 15, 2018                                          *CLERK OF COURT*

                                                                                    s/Debbie Stokes
                                                                           *Signature of Clerk or Deputy Clerk*